Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
701 E Street
Sacramento, CA 95814
Telephone:    (916) 446-0790
Facsimile:    (916) 446-0791
Email: ms@swllplaw.com

Attorneys for Creditors
RAJIV DHARNIDHARKA and DLA PIPER LLP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                               ) CASE NO. 19-52599
                                                     ) Chapter 11
    DERON JAMES ROBERTSON and   )
    JANETTE ELIZABETH            )
    ROBERTSON,                   ) **REQUEST FOR SPECIAL NOTICE**
                                                     )
    Debtors.                     )
                                                     )

TO THE CLERK OF THE COURT, THE DEBTORS, DEBTORS' COUNSEL, AND TO THOSE PARTIES ENTITLED TO NOTICE:

Pursuant to Federal Rules of Bankruptcy Rules 2002(g), 2002(m), and 9007, creditors herein, Rajiv Dharnidharka and DLA Piper LLP, hereby request special notice of all matters which may come before the Court in the above-entitled matter be given as follows:

> Mark A. Serlin, Esq.
> Serlin & Whiteford, LLP
> 701 E Street
> Sacramento, CA 95814
> Telephone: (916) 446-0790
> Email: ms@swllplaw.com

///

///

---

REQUEST FOR SPECIAL NOTICE     1     *In re: Robertsons*
Case No. 19-52599

1       This request includes, without limitation, all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this matter, whether formal or informal, *ex parte* or on notice, whether oral or in writing, and in whatever form conveyed.

DATED: December 30, 2019              SERLIN & WHITEFORD, LLP

By:    */s/ Mark A. Serlin*
MARK A. SERLIN, Attorneys for Creditors RAJIV DHARNIDHARKA and DLA PIPER LLP

S:\Active Files\DLA PIPER\BK\court docs\request for notice.docx

---

REQUEST FOR SPECIAL NOTICE       2       *In re: Robertsons*
Case No. 19-52599